IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02062-DME-KMT

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, d/b/a GREAT-WEST
      HEALTHCARE, a corporation,
ELLORA ENERGY, INC., a corporation,
CIGNA HEALTHCARE OF COLORADO, INC., a corporation,

      Plaintiffs,

v.

TIMOTHY RUSSELL SCHUCKER,

      Defendant.

_____

## ORDER OF DISMISSAL, WITH PREJUDICE
_____

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss, with Prejudice, having reviewed the file, and being fully advised,

DOES HEREBY ORDER that this matter be dismissed, with prejudice, with each party to pay its own costs and fees.

Thus done and signed this 24th day of November, 2010.

      BY THE COURT:

      *s/ David M. Ebel*

      _____

      U.S. Circuit Court Judge